# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JEFFREY M. KINGSBURY,

     Plaintiff,

       v.

MICHAEL J. ASTRUE,

     Defendant.

     Civil Action No.  11-1901
(JDB/JMF)

## ORDER ADOPTING REPORT AND RECOMMENDATION

Now before the Court is [25] the report and recommendation of Magistrate Judge

Facciola relating to attorney's fees in this matter, which was docketed on October 10, 2012.  The

time period for lodging objections to the report and recommendation set forth in Rule 72(b) of

the Federal Rules of Civil Procedure has elapsed, with no objections being filed.  See Fed. R.

Civ. P. 72(b)(2).  Having carefully reviewed the findings and conclusions contained in Magistrate

Judge Facciola's report and having considered the recommended disposition of each of the claims

therein, the Court will adopt in full the report and recommendation, as the findings and

conclusions of this Court.

Upon consideration of the report and recommendation, the absence of objections, and the

entire record herein, it is hereby

**ORDERED** that the report and recommendation is adopted by the Court; it is further

**ORDERED** that [20] plaintiff's motion for attorney's fees under § 2412(d)(1) of the

Equal Access to Justice Act is **GRANTED** in accordance with the Consent Order entered on this

date; it is further

**ORDERED** that consideration of [21] plaintiff's motion for attorney's fees under 42 U.S.C. § 406(b) is **DEFERRED** pending an award, if any, of Social Security benefits to plaintiff on remand; it is further

**ORDERED** that within thirty (30) days of receiving a Notice of Award from the Social Security Administration, plaintiff shall forward a copy of the Notice of Award to this Court and counsel for defendant; and it is further

**ORDERED** that within sixty (60) days of receiving a Notice of Award, plaintiff shall file a renewed motion for attorney's fees, not to exceed 25% of plaintiff's past due benefits.

**SO ORDERED**.

　　　　　　　　　　　　　　　 /s/ John D. Bates
　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　United States District Judge

Dated: December 26, 2012